IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                   CASE NO: 8:06-bk-03709-PMG

**David L. Tinsley**                                                     CHAPTER 7
    DEBTOR(S),
_____/

## AMENDMENT TO SCHEDULES

Debtor(s), by and through the undersigned attorneys, hereby amends Schedule J – Current Expenditures of Individual Debtor(s) which is attached hereto.

## DECLARATION

I, **David L. Tinsley**, named as the Debtor(s) in this case, declare under penalty of perjury that I have read the attached schedule, and that it is true and correct to the best of my knowledge, information and belief.

Signature: _____          Date: Sep 14, 06
    David L. Tinsley

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Amendment to Schedules has been furnished electronically or via United States Mail to **Larry S. Hyman**, Chapter 7 Trustee, P.O. Box 18614, Tampa, FL 33679; and **Asst. U.S. Trustee**, 501 E. Polk Street #1200, Tampa, FL 33602; this ____ day of September, 2006.

_____
**CHARLES T. STOHLMAN**          FL BAR NO.933287
FEINBERG, ISAAK & SMITH, P.A. d/b/a
DEBT RELIEF LEGAL CENTERS
P.O. Box 172239, Tampa, FL 33672-0239
(813) 229-2221    fax (813) 225-1315

Form B6J
(10/05)

In re **David L Tinsley** _____ Case No. **8:06-bk-03709-PMG**
                              Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 705.00 |
| a. Are real estate taxes included?    Yes ___   No **X** | |
| b. Is property insurance included?    Yes ___   No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | $ 120.00 |
| b. Water and sewer | $ 40.00 |
| c. Telephone | $ 120.00 |
| d. Other **CABLE TV** | $ 60.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 85.00 |
| 7. Medical and dental expenses | $ 300.00 |
| 8. Transportation (not including car payments) | $ 420.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 600.00 |
| d. Auto | $ 375.00 |
| e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | |
| a. Auto | $ 380.00 |
| b. Other _____ | $ 0.00 |
| c. Other _____ | $ 0.00 |
| d. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 918.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
| Other _____ | $ 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 4,923.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Total monthly income from Line 16 of Schedule I | $ 3,660.00 |
| b. Total monthly expenses from Line 18 above | $ 4,923.00 |
| c. Monthly net income (a. minus b.) | $ -1,263.00 |